IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. GROGAN, | No. C 12-0883 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| DR. JAVATE, DR. JAN PIERRE; DR. SANGHA; J. CLARK KESSEL; CALIFORNIA PRISON HEALTH CARE CORPORATION; | (Docket No. 2) |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at Centinela State Prison, which is located in Imperial County, California. The allegedly inadequate medical care that gives rise to plaintiff's claims is alleged to have taken place at Centinela, and all but one defendant, the Receiver of the California Department of Corrections and Rehabilitation Receiver, are located there. Centinela is located within the venue of the United States District Court for the Southern District of California. Venue for this case is therefore proper in the Southern District of California. *See* 28 U.S.C. 1391. As plaintiff, the events giving rise to this complaint, and the majority of the defendants are located at Centinela, in the Southern District, in interests of justice this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

1   In light of this transfer, ruling on plaintiff's application for leave to proceed in form
2   pauperis (docket number 2) is deferred to the Southern District.
3   The clerk shall transfer this matter forthwith.
4   **IT IS SO ORDERED.**

5   Dated: April   19  , 2012.

6                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

27  G:\PRO-SE\WHA\CR.12\GROGAN0883.TRN.wpd